UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF LINDA DELORES STEELE II, | Case No. 25-cv-10515-RFL |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | Re: Dkt. No. 4 |
| WORLD HEALTH ORGANIZATION, et al., | |
| Defendants. | |

Magistrate Judge Sallie Kim issued a screening order, dismissed the complaint, and directed non-attorney Pattina Steele, who brings this action on behalf of the Estate of Linda Steele, to file an amended complaint by January 12, 2026. (*See* Dkt. No. 4.) Judge Kim explained that if Steele did not file an amended complaint by the deadline, that she would "reassign this matter to a district court judge with a recommendation that the action be dismissed." (*See id.*) Steele then declined to consent to the jurisdiction of a magistrate judge, and the case was reassigned to the undersigned. (*See* Dkt. Nos. 5-7.) The reassignment order provided that, other than hearings and trial dates, all deadlines "remain[ed] unchanged." (*See* Dkt. No. 7.) As of the date of this Order, no amended complaint has been filed. By **February 13, 2026**, Steele shall **SHOW CAUSE** why this action should not be dismissed for failure to prosecute. Steele must file a written response as to why she did not meet the original deadline and why the case should not be dismissed. Alternatively, instead of filing that response, Steele may file an amended complaint by February 13 that addresses the deficiencies identified by Judge Kim.

**IT IS SO ORDERED.**

Dated: January 23, 2026

RITA F. LIN
United States District Judge

1